**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for 21st Mortgage Corporation
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000, Fax: (585) 247-7380
**Robert W. Griswold**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| IN RE | CHAPTER 13 |
|---|---|
| DUWAYNE OMAR SHAW AND KAREN PATRICIA RIVERA-SHAW, AKA KAREN RIVERA | CASE NO. 15-23491 |
| DEBTORS | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for 21st Mortgage Corporation, a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: May 12, 2016

Respectfully Submitted,

Robert W. Griswold
Bankruptcy Attorney
Shapiro, DiCaro & Barak, LLC
Attorneys for 21st Mortgage Corporation
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380