

**M O R T G A G E**
**C O R P O R A T I O N**

620 Market Street, One Centre Square•Knoxville, TN  37902

May 25, 2016

U.S. Bankruptcy Court
300 Quarropas Street
Room 248
White Plains, NY 10601

Re:   Duwayne and Karen Shaw
      Account # xx1886
      Case # 15-23491
      Chapter 13

Dear Sir or Madam:

A transfer of claim was previously mailed to you all to transfer claim #6 from Wells Fargo to 21st Mortgage Corporation. The Transfer of claim mentioned the wrong claim number to transfer and should have been filed for Claim #9 on the docket for Wells Fargo. Please accept for filing the enclosed documents concerning the above-referenced matter. Please confirm receipt by forwarding time-stamped copies to my office in the envelope provided. Enclosed is the ***corrected Transfer of Claim. Please feel free to contact me with any questions or concerns at 1-800-955-0021 extension 1427.

Sincerely,

Natasha Clevenger
Legal Coordinator

P. O. Box 477 • Knoxville, TN  37901 • Telephone (800) 955-0021 • FAX:  (800) 813-8164

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re  Duwayne and Karen Shaw                          ,          Case No.  15-23491

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| 21st Mortgage Corporation | Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  PO Box 477
  Knoxville TN, 37901

Court Claim # (if known): _____9_____
Amount of Claim:  $755,456.22
Date Claim Filed:  01/13/2016

Phone:  800-955-0021
Last Four Digits of Acct #:  1886

Phone:  800-274-7025
Last Four Digits of Acct. #:  7529

Name and Address where transferee payments should be sent (if different from above):
  SAME

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Natasha Clevenger                          Date:  05/25/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

FILED
U.S. BANKRUPTCY COURT
S.D. OF N.Y.
'16 MAY 31  P 12: 12

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ Southern _____    District Of ___ New York ___

In re ___ Duwayne and Karen Shaw ___,    Case No. _15-23491_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor
Wells Fargo Bank, N.A.

Name of Transferee
21st Mortgage Corporation

Address of Alleged Transferor:
Attention: Bankruptcy Dept
MAC#D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715

Address of Transferee:
PO Box 477
Knoxville, TN 37901

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
CLERK OF THE COURT